# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN MAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-14-418-M |
| D.O.C. DIRECTOR PATTON et al., | ) ) ) |
| Defendants. | ) |

## ORDER

On March 2, 2015, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that Robert E. Cotner's second motion for intervention in this matter be denied.[1] Based on this recommendation, the Magistrate Judge recommends that Mr. Cotner's requests for class certification and appointment of class counsel in this case also be denied. The parties were advised of their right to object to the Report and Recommendation by March 20, 2015. On March 11, 2015, Mr. Cotner filed his objection and Motion to Appoint Counsel.

Upon de novo review, the Court:

1. ADOPTS the Report and Recommendation [docket no. 15] issued by the Magistrate Judge on March 2, 2015; and

2. DENIES Robert E. Cotner's Motions to Intervene [dockets no. 8 and 19], Motion to Certify Class [docket no. 17], and Motion to Appoint Counsel [docket no. 16].

**IT IS SO ORDERED this 24th day of March, 2015.**

*VICKI MILES-LaGRANGE*
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Robert Cotner is a state prisoner previously incarcerated at the same facility as plaintiff, John May.