# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN MAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-14-418-M |
| ) | |
| D.O.C. DIRECTOR PATTON et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On April 28, 2015, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that Gary L. Simpson, J.R. Jones, Loyd Kennedy, Dennis Martin, and Albert McElhaney's (collectively, "Movants") motions to intervene be denied.[1] Based on the recommendation, the Magistrate Judge recommends that the Movants' request for class certification in this case also be denied. The parties and Movants were advised of their right to object to the Report and Recommendation by May 19, 2015. On May 5, 2015, Mr. McElhaney and Mr. Martin filed their objections to the Report and Recommendation and Motions to Accept Pendent Jurisdiction, and on May 6, 2015, Mr. Simpson and Mr. Kennedy filed their objections to the Report and Recommendation and Motions to Accept Pendent Jurisdiction.

Upon de novo review, the Court:

---

[1] The Movants are all inmates incarcerated at the Joseph Harp Correctional Center in Lexington, Oklahoma.

(1) ADOPTS the Report and Recommendation [docket no. 27] issued by the Magistrate Judge on April 28, 2015; and

(2) DENIES Gary L. Simpson, J.R. Jones, Loyd Kennedy, Dennis Martin, and Albert McElhaney's Motions to Intervene [docket nos. 21, 22, 23, 24, and 25].

**IT IS SO ORDERED this 1st day of June, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE