# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

JOHN MAY,                              )
                                       )
                    Plaintiff,         )
                                       )
vs.                                    )      Case No. CIV-14-418-M
                                       )
D.O.C. DIRECTOR PATTON, et al.,        )
                                       )
                    Defendants.        )

## ORDER

On June 30, 2016, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging that state officials have violated and are violating various rights guaranteed to plaintiff by federal and state law. The Magistrate Judge recommended that plaintiff's Complaint be dismissed in its entirety. Specifically, the Magistrate Judge recommended that plaintiff's claims challenging ODOC's copayment and "forced double celling" policies should be dismissed without prejudice for failure to state a claim upon which relief can be granted and plaintiff's remaining claims should be dismissed without prejudice for lack of subject-matter jurisdiction. Plaintiff was advised of his right to object to the Report and Recommendation by July 21, 2016. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

    (1)      ADOPTS the Report and Recommendation [docket no. 41] issued by the Magistrate Judge on June 30, 2016, and

(2)     DISMISSES this action without prejudice.

**IT IS SO ORDERED this 10th day of August, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE